**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

UNITED STATES OF AMERICA,

Plaintiff,

v.

JOCELYN YANEZ (2),

Defendant

Case No.: 26-CR-03057-WQH-(2)

**JUDGMENT AND ORDER GRANTING UNITED STATES' MOTION TO DISMISS THE INFORMATION WITHOUT PREJUDICE AS TO DEFENDANT JOCELYN YANEZ ONLY**

Upon the motion of the United States, and good cause appearing therefrom,

IT IS HEREBY ORDERED that the Information in this case, **as it relates to Defendant Jocelyn Yanez only**, is dismissed without prejudice.

SO ORDERED.

DATED: October 15, 2026

HON. William Q. Hayes
United States District Judge